848 F.2d 1132
 Ernest ROSS, individually and as representative of a
bondholder class, Plaintiff-Appellee,
v.
BANK SOUTH, N.A., et al., Defendants,
Alston & Bird, et al., Defendants-Appellants.
George MILLER, individually, and as a representative of a
class of bondholders described in the complaint,
Plaintiff-Appellee,
v.
Arthur M. RICE, Jr., Defendant,
William V. Weldon, et al., Defendants-Appellants.
Ernest ROSS, individually and as representative of a
bondholder class, Plaintiff-Appellant,
v.
BANK SOUTH, N.A., et al., Defendants-Appellees.
George MILLER, individually, and as a representative of a
class of bondholders described in the complaint,
Plaintiff-Appellant,
v.
Arthur M. RICE, Jr., et al., Defendants-Appellees.
Ernest ROSS, individually and as representative of a
bondholder class, Plaintiff-Appellant,
v.
BANK SOUTH, N.A., et al., Defendants-Appellees.
George MILLER, individually and as representative of a
bondholder class, Plaintiff-Appellant,
v.
Arthur M. RICE, Jr., et al., Defendants-Appellees.
 Nos. 86-7350, 86-7352 and 86-7790.
 United States Court of Appeals,
Eleventh Circuit.
 June 10, 1988.
 
 William J. Cobb, Kocher, Wilson, Korschun & Cobb, H. Marshall Korschun, Atlanta, Ga., for Jack Hereth.
 William H. Mills, Redden, Mills & Clark, L. Drew Redden, Birmingham, Ala., for Weldon, Rogers, Blanton, Lee & Moffett.
 Herbert P. Schlanger, Atlanta, Ga., for Alan O. Jones.
 Robert Wyeth Lee, Jr. Wininger & Lee, Birmingham, Ala., for R. Davidson.
 Kirk M. McAlpin, Jr., Peterson, Young, Self & Asselin, Atlanta, Ga., for Peter Orr & Robinson-Hall.
 Michael L. Edwards, Balch & Bingham, C. William Gladden, Birmingham, Ala., for Laventhol & Horwatch.
 James W. Gewin, Bradley, Arant, Rose & White, Jay St. Clair, Birmingham, Ala., for Alston & Bird, et al.
 Lange, Simpson, Robinson & Somerville, John E. Grenier, Charles C. Pinckney, Sally S. Reilly, Birmingham, Ala., for Arthur Rice.
 Stephen E. Hudson, Kilpatrick & Cody, Debbie W. Harden, Thomas H. Christopher, Jerre B. Swan, Atlanta, Ga., for Bank South.
 Charles Cleveland, Cleveland & Cleveland, Robert Wiggins, Gordon, Silberman, Wiggins & Childs, Birmingham, Ala., R. Alan Stotsenburg, David C. Harrison, New York City, for Ross & Miller.
 Robert Dean Pope, President, National Ass'n of Bond Lawyers, Richmond, Va., Robert E. Hicks, Hicks, Maloof & Campbell, Atlanta, Ga., amicus curiae.
 Appeals from the United States District Court for the Northern District of Alabama; Robert B. Propst, J.
 
 
 1
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC
 
 
 2
 (Opinion February 17, 1988, 11th Cir., 1988, 837 F.2d 980)
 
 
 3
 Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, CLARK and COX, Circuit Judges*.
 
 BY THE COURT:
 
 4
 A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing in banc,
 
 
 5
 IT IS ORDERED that the above causes shall be reheard by this court in banc with oral argument during the week of October 17, 1988, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.
 
 
 
 *
 Circuit Judges Anderson and Edmondson are recused and will not participate in this decision